COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| GE MONEY BANK, | | No. 08-11-00058-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 5 |
| | § | |
| | | of El Paso County, Texas |
| LONA GRAVES, | § | |
| | | (TC# 2010-1722) |
| Appellee. | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

May 27, 2011

Before Chew, C.J., McClure, and Rivera, JJ.